# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TOUCH-N-BUY, LIMITED PARTNERSHIP,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GIROCHECK FINANCIAL, INC.,,<br><br>　　　　　　　　　　Defendant.<br>_____/ | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 15-10863<br><br>Honorable Nancy G. Edmunds |

■ **Bench Trial.**  This action came before the Court for a trial by bench trial.  The issues have been tried and the Judge has rendered its verdict.

　　IT IS ORDERED AND ADJUDGED that judgment is hereby entered for the plaintiff Touch-N-Buy $40,390.45 plus interest in damages as a result of Defendant Girocheck's breach of contract. Judgment is entered again defendant Girocheck.

Pursuant to Rule (77d), FRCivP
Copies have been electronically mailed to
the attorneys of record.

Date     February 5, 2018　　　　　　　　　　　　David Weaver, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Lisa C. Bartlett
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk