UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOUCH-N-BUY, LP,

    Plaintiff,

v.

GIROCHECK FINANCIAL, INC.,

    Defendant.
                               /

Case No. 15-10863

Honorable Nancy G. Edmunds

## **AMENDED JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(a) which provides in relevant part that "[c]lerical mistakes in judgments, orders, or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party. . . ." and for the reasons set forth in the Court's Findings of Facts and Conclusions of Law (Dkt. 74) and the Court's Order Denying Motion to Amend the Court's Prior Findings of Facts and Conclusions of Law (Dkt. 79), the Court amends its Judgment (Dkt. 75) as follows:

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for Plaintiff Touch-N-Buy, L.P. as a result of Defendant Girocheck, Inc.'s breach of contract. Defendant Girocheck, Inc. is ordered to pay Plaintiff Touch-N-Buy, L.P. $46,814.68 plus post-judgment interest in damages.

Pursuant to Defendant's Motion to Convert the Order Granting In Part Defendant's Motion For Attorney Fees and Costs Into A Judgment which is hereby GRANTED (Dkt. 80)

and for the reasons set forth in the Court's Order Granting in Part Defendant's Motion For Attorney Fees and Costs (Dkt. 52), IT IS HEREBY ORDERED that Plaintiff Touch-N-Buy, L.P. pay Defendant Girocheck Financial, Inc. attorney fees and costs in the amount of $11,698.38.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 18, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 18, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager